UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ) CASE NO. 13-10891
)
JACQUELINE MUHAMMAD, ) JUDGE MORGENSTERN-CLARREN
)
Debtor. ) **TRANSMITTAL OF UNCLAIMED**
) **FUNDS**

TO THE CLERK OF COURT:

Check No. 100013 in the amount of $482.61 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a).

| CREDITOR(S): | CLAIM NUMBER | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| PNC BANK NA<br>CLAIMING FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | 11 | $39,916.79 | $482.61 |

DATED: May 22, 2014

_____
MARY ANN RABIN (#0000009)
Rabin & Rabin Co., L.P.A.
55 Public Square, Suite 1510
Cleveland, OH 44113
216-771-8084
Trustee-in-Bankruptcy