UNCLAIMED FUNDS



OCTOBER 28, 2009

05-69699  EILEEN L HAWKINS
          CREDITOR DID NOT CASH CHECK
          CHECK #395118 FOR $30.33
          AMERICA'S SERVICING CO
          BANKRUPTCY DEPT  MACX2501-014
          DES MOINES, IA  50328

07-63506  KAREN L RISLEY
          CREDITOR DID NOT CASH CHECK
          CHECK #395119 FOR $492.94
          NATIONAL CITY MORTGAGE
          3232 NEWMARK DRIVE
          MIAMISBURG, OH  45342

08-60101  SCOTT A FORD
          CREDITOR DID NOT CASH CHECK
          CHECK #395120 FOR $162.82
          WELLS FARGO HOME MTG
          MAC #X2501-01F
          ONE HOME CAMPUS
          DES MOINES, IA  50328

```
    0 . *
   30 . 33 +
  492 . 94 +
  162 . 82 +
  686 . 09 *
```